# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF TEXAS
# SHERMAN DIVISION

| | |
|---|---|
| GO BEYOND, LTD.;<br>BRANDI MARINO, Individually,<br>and derivatively on behalf of<br>BEYOND PEDALING, LLC,<br>a Texas Limited Liability Company,<br><br>    Plaintiffs,<br><br>v.<br><br>KERRY PETERSON;<br>KELSEY HOWARD; and<br>BEYOND PEDALING II, LLC,<br>a Texas Limited Liability Company,<br><br>    Defendants. | CIVIL ACTION NO. 4:15-cv-00312-ALM |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiffs Go Beyond, Ltd. and BEYOND Pedaling, LLC declare that they have no parent corporations and no publicly-traded corporation currently owns 10% or more of its stock.

Dated: May 8, 2015                                Respectfully submitted,

                                    **PRIEST JOHNSON LAW, PLLC**

By: */s/ Kimberly C. Priest Johnson*
    Kimberly C. Priest Johnson
    Texas State Bar No. 24027753
    kpj@priestjohnsonlaw.com
    400 N. Ervay St., Ste. 150
    Dallas, Texas 75201
    Telephone: (214) 720-4000
    Facsimile: (214) 723-7652

    Natalie L. Arbaugh
    State Bar No. 24033378
    arbaugh@fr.com
    Michael Brett Johnson
    State Bar No. 00790975
    johnson@fr.com
   **FISH & RICHARDSON P.C.**
    1717 Main Street, Ste. 5000
    Dallas, Texas 75201
    (214) 747-5070 Main
    (214) 747-2091 Fax

   **ATTORNEYS FOR PLAINTIFFS**