UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | |
|---|---|
| GO BEYOND, LTD.;<br>BRANDI MARINO, Individually, and derivatively on behalf of<br>BEYOND PEDALING, LLC, a Texas Limited Liability Company,<br>      Plaintiffs,<br><br>v.<br><br>KERRY PETERSON;<br>KELSEY HOWARD; and<br>BEYOND PEDALING II, LLC,<br>a Texas Limited Liability Company,<br><br>      Defendants. | CIVIL ACTION NO. 4:15-CV-312 |

## STIPULATED MOTION FOR DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, Plaintiffs GO Beyond Ltd.; Brandi Marino; and Beyond Pedaling, LLC (collectively, "Plaintiffs") and Defendants Kerry Peterson; Kelsey Howard; and Beyond Pedaling II, LLC ("Defendants") jointly move for an order dismissing all of Plaintiffs' claims against Defendants in this action. The dismissal will be with prejudice and each party is to bear their own costs, expenses, and attorneys' fees.

    Respectfully submitted,

    **PRIEST JOHNSON LAW, PLLC**

    By: */s/ Kimberly C. Priest Johnson*
        Kimberly C. Priest Johnson
        Texas State Bar No. 24027753
        kpj@priestjohnsonlaw.com
        400 N. Ervay St., Ste. 150
        Dallas, Texas 75201
        Telephone: (214) 720-4000
        Facsimile: (214) 723-7652

          **FISH & RICHARDSON P.C.**
          Natalie L. Arbaugh
          State Bar No. 24033378
          arbaugh@fr.com
          Michael Brett Johnson
          State Bar No. 00790975
          Johnson@fr.com
          1717 Main St., Ste. 5000
          Dallas, Texas 75201
          (214) 747-5070 Main
          (214) 747-2091 Fax

          **ATTORNEYS FOR PLAINTIFFS**

          - and -

By: */s/ Ophelia F. Camina*
   Ophelia F. Camiña
   State Bar No. 03681500
   **SUSMAN GODFREY L.L.P.**
   901 Main St., Ste. 5100
   Dallas, Texas 75202
   Phone: 214.754.1910
   Fax: 214.754.1933

          **ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

   I hereby certify that on 18th day of August 2015, a true and correct copy of the foregoing document was submitted to the Clerk of the Court of the U.S. District Court, Eastern District of Texas, using the CM/ECF system, and was served upon all counsel that have appeared in this case through this Court's electronic filing system.

         */s/ Kimberly C. Priest Johnson*
         Kimberly C. Priest Johnson