**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

| | |
|---|---|
| GO BEYOND, LTD.;<br>BRANDI MARINO, Individually, and<br>derivatively on behalf of<br>BEYOND PEDALING, LLC, a Texas<br>Limited Liability Company,<br>      Plaintiffs,<br><br>v.<br><br>KERRY PETERSON;<br>KELSEY HOWARD; and<br>BEYOND PEDALING II, LLC,<br>a Texas Limited Liability Company,<br><br>      Defendants. | CIVIL ACTION NO. 4:15-CV-312 |

**ORDER OF DISMISSAL WITH PREJUDICE**

CAME ON THIS DAY for consideration the Stipulated Motion for Dismissal with Prejudice of all claims asserted in this case by Plaintiffs GO Beyond Ltd.; Brandi Marino; and Beyond Pedaling, LLC (collectively, "Plaintiffs") and Defendants Kerry Peterson; Kelsey Howard; and Beyond Pedaling II, LLC ("Defendants").  The Court being of the opinion that said motion should be GRANTED, it is hereby:

ORDERED, ADJUDGED, AND DECREED that all claims asserted in this case by Plaintiffs against Defendants are hereby dismissed WITH PREJUDICE.

It is further ORDERED that all attorneys' fees and costs are to be borne by the party that incurred them.